**UNITED STATES of America, Plaintiff–Appellee**

v.

**Artemio LOPEZ–ORTIZ, Defendant–Appellant.**

**No. 15–40592**

**Conference Calendar.**

United States Court of Appeals, Fifth Circuit.

Dec. 15, 2015.

Renata Ann Gowie, Assistant U.S. Attorney, U.S. Attorney's Office, Houston, TX, for Plaintiff–Appellee.

Marjorie A. Meyers, Federal Public Defender, Atimothy William Crooks, Assistant Federal Public Defender, Federal Public Defender's Office, Houston, TX, for Defendant–Appellant.

---

the limited circumstances set forth in 5TH CIR. R. 47.5.4.

Before JONES, SOUTHWICK, and COSTA, Circuit Judges.

PER CURIAM: *

Appealing the judgment in a criminal case, Artemio Lopez–Ortiz raises an argument that he concedes is foreclosed by *United States v. Rodriguez,* 711 F.3d 541, 562 n. 28 (5th Cir.2013) (en banc), in which we held that the generic, contemporary definition of "sexual abuse of a minor" does not include the asserted age-differential requirement. The motion for summary disposition is GRANTED, and the judgment of the district court is AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

